UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Newnan

DEC 07 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Ernest Hayward Ward
Plaintiff

vs.

Dr. Cole Pugh, Superintendent of Troup County BOE et al

3:17-CV-183-TCB-RGV

Defendant

Ted Alford, Board Chair, Troup County BOE et al

TITLE VII COMPLAINT

1. Plaintiff resides at 222 Clearview Ct, LaGrange, GA 30241

2. Defendant(s) names (s) Cole Pugh, Sequita Freeman, Karen Cagle, Pat Barton, Troup County Board of Education, Ted Alford, Board Chair

Location of principal office(s) of the named defendant(s) 100 N. Davis Road, Building C, LaGrange, GA 30241

Nature of defendant(s) business Superintendent, Human Resource Personnel, Assistant Superintendent, Immediate Supervisor, Board of Education Chair

Approximate number of individuals employed by defendant(s) 955 certified teachers, 786 non-certified employees for 2013-14 School year

*Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit. It is not intended to be used for other kinds of cases.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5. Equitable and other relief are also brought under 42 U.S.C. §e-5(g).

1. The acts complained of this suit concern:

   A. _____ Failure to employ me.
   B. _____ Termination of my employment.
   C. _____ Failure to promote me.
   D. __X__ Other (Specifiy) _Demotion from Principal to Classroom teacher_

5. Plaintiff:

   A. __X__ presently employed by the defendant.
   B. _____ not presently employed by the defendant. The dates of plaintiff's employment were _____.
   The reasons plaintiff was given for termination of employment is/are:
   (1) _____ plaintiff was discharged.
   (2) _____ plaintiff was laid off.
   (3) _____ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   A. __X__ my race
   B. _____ my religion.
   C. __X__ my sex.
   D. _____ my national origin.
   E. __x__ Other (specify) _Retaliation_

7. The name(s), race, sex and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is/are:

Cole Pugh, white male, Superintendent
Sequita Freeman, black female, Human Resource
Karen Cagle, white female, Assistant Superintendent
Pat Barton, white female, Retired, Immediate Supervisor
Ted Alford, Board Chair

8. Describe the discriminatory actions or events you are complaining of in this lawsuit. Give factual detail, including names and dates concerning what happened. You do not need to refer to any statutes or cite law.

See attachment - additional pages describing discrimination with evidence to support claims.

_____
_____
_____
_____
_____
_____
_____
_____

9. The alleged illegal activity took place at __Whitesville Road Elementary, 1700 Whitesville Road LaGrange, GA 30240__

10. A. __X__ I have filed a charge with the Equal Employment Opportunity Commission regarding defendant(s). (I have attached a copy of my charge(s) filed with the Equal Employment Opportunity Commission, which are incorporated into this complaint.

    B. _____ I have not filed a charge.

11. A. __X__ I received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission on __9-14-17__ (date). (I have attached a copy of the Notice of Right-to-Sue which is incorporated into this complaint.)

    B. _____ I have not received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission.

12. State what relief you are seeking from the Court. If you are seeking a monetary award (back pay or damages), state the amount you are seeking. If you are seeking injunctive relief (an order by the Court) issued against the defendant(s) summarize what should be in the order.

I would like backpay for the 2014-15, 2015-16, 2016-17, and 2017-18 school years which reflects the administrative pay that I should have received. I furthermore, request administrative pay until I retire. I request an award of damages for any and all other damages allowed to ...

12/7/2017
Date

*Ernest B. W...*
Signature of Plaintiff

Address: _____
222 Clearview Ct
LaGrange GA 30241

Telephone: 706 302 0345

... compensate the plaintiff for losses suffered by the plaintiff in an amount to be determined by judge or trial.

An order directing defendant to place plaintiff in the position he would have occupied if the discriminatory treatment and unlawful conduct had not occurred.

-5-