UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Newnan

JUN 28 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Ernest H. Ward
Pro-se Plaintiff

vs.

Troup County School District
Defendant

3:17CV 183-TCB-RGV

AMENDED TITLE VII COMPLAINT

1. Plaintiff resides at 222 Clearview Court, LaGrange GA 30241

2. Defendant(s) names (s) Troup County School District

Location of principal office(s) of the named defendant(s)
100 N. Davis Road
LaGrange, GA 30241

Nature of defendant(s) business Troup County School District

Approximate number of individuals employed by defendant(s)
955 certified teachers, 786 non-certified employees for 2013-14 school year.

*Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit. It is not intended to be used for other kinds of cases.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5. Equitable and other relief are also brought under 42 U.S.C. §e-5(g).

1. The acts complained of this suit concern:

   A. _____ Failure to employ me.
   B. _____ Termination of my employment.
   C. _____ Failure to promote me.
   D. __X__ Other (Specify) _Demotion from principal to classroom teacher_

5. Plaintiff:

   A. __X__ presently employed by the defendant.
   B. _____ not presently employed by the defendant. The dates of plaintiff's employment were _____.
   The reasons plaintiff was given for termination of employment is/are:
   (1) _____ plaintiff was discharged.
   (2) _____ plaintiff was laid off.
   (3) _____ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   A. __X__ my race
   B. _____ my religion.
   C. __X__ my sex.
   D. _____ my national origin.
   E. __X__ Other (specify) _Retaliation Hostile Work Enviroment Section 81 + 83_

-2-

7. The name(s), race, sex and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is/are:

Dr. Cole Pugh, white male, Superintendent
Sequita Freeman, black female, Human Resources
Karen Cagle, white female, Assistant Superintendent
Pat Barton, white female, Immediate Supervisor
Ted Alford, former Board Chair

8. Describe the discriminatory actions or events you are complaining of in this lawsuit. Give factual detail, including names and dates concerning what happened. You do not need to refer to any statutes or cite law.

See attachment
- additional pages describing discrimination with evidence to support claims.

-3-

_____

_____

_____

_____

_____

_____

_____

_____

_____

9. The alleged illegal activity took place at Whitesville Rd. Elementary 1700, Whitesville Rd LaGrange GA 30240

10. A. __X__ I have filed a charge with the Equal Employment Opportunity Commission regarding defendant(s). (I have attached a copy of my charge(s) filed with the Equal Employment Opportunity Commission, which are incorporated into this complaint.

   B. _____ I have not filed a charge.

11. A. __X__ I received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission on __9-14-17__ (date). (I have attached a copy of the Notice of Right-to-Sue which is incorporated into this complaint.)

   B. _____ I have not received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission.

12. State what relief you are seeking from the Court. If you are seeking a monetary award (back pay or damages), state the amount you are seeking. If you are seeking injunctive relief (an order by the Court) issued against the defendant(s) summarize what should be in the order.

-4-

① declaration that the Defendant's actions, policies and practices as alleged are unlawful.
② Reinstatement as a Principal
③ For lost wages for 2014-15, 2015-16, 2016-17, 2017-18, which reflects the administrative pay that I should have recieved.
④ Interest on lost wages, compensation,

6-28-2018
Date

Ernest A. Wa[signature]
Signature of Plaintiff
Pro-se Plaintiff

Address: _____
222 Clearview Ct
LaGrange, GA 30241
Telephone: 706-302-0345

and damages. ⑤ For such other relief as this Court deems just and fair.
⑥ For punative damages to be determined at trial.

-5-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

Ernest H. Ward

    Pro-se Plaintiff

vs.                         CIVIL ACTION NO.3:17-CV-183-TCB-RGV

Troup County School District

    Defendants

## CERTIFICATE OF SERVICE

On 06/28/2018, I sent a copy of the **Amended Title VII Complaint** through the United States Postal Services located in LaGrange, Georgia to Kenneth D. Jones attorney for defendants. The proper postage was paid and addressed to the following:

Kenneth D. Jones
191 Peachtree Street, N.E.,
Suite 2900,
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020

*Ernest H. Ward* (signature)

Ernest Hayward Ward
222 Clearview Court
LaGrange, Georgia 30241

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

Ernest H. Ward

Pro-se Plaintiff

vs.                                                    CIVIL ACTION NO.3:17-CV-183-TCB-RGV

Troup County School District

Defendants

# RESPONSE TO THE ORDER FOR SERVICE OF REPORT, RECOMMENDATION, AND ORDER

**To comply with the order of the Magistrate Judge, I filed an Amended Complaint of Retaliation, Hostile Work Environment, Sex Discrimination and Race Discrimination in Violation of Title VII of the Civil Rights Act of 1964, 42 USC 2000, Section 1981 & Section 1983, against the Troup County School District.**

1

**Identification of Ernest Ward as part of the protected classes**

Plaintiff, Ernest Ward, former principal at Whitesville Road Elementary, was a black male principal in the Troup County School District for the 2012-2013 and the 2013-2014 school years.

**White females from similarly situated positions were treated differently and more favorably than Ernest Ward, a black male.**

- The following white female principals have been treated differently than Ernest Ward, a black male principal, when issues, which were considered to be performance-based problems, were in need of addressing. White female principals were not subject to negative job actions or to unfair assignments of duties and responsibilities when their job performances were brought into question. No actions were taken that might lessen their responsibilities, their salary, or their prestige. The Troup County School District failed to treat Ernest Ward, a black male, in a similar manner and thus permitted that these white female principals not be held to the same high standard as Ernest Ward.

- Ernest Ward's predecessor, Gretta Wright, a white female, allowed CRCT test scores to decline, retained ineffective teachers without addressing their

deficiencies, and poorly managed the discipline of the predominately African-American student body. In 2011-2012, Wright's leadership produced the lowest test scores in the district. However, at the end of the school year, the district transferred her to Ethel Kight Elementary as principal. Wright, a white female, was never placed on a Professional Development Plan, evaluated by her peer administrators, or put back in the classroom as a teacher for her ineffectiveness as an administrator.

- Anne Cook O'Brien, a white female, physically assaulted a teacher, and charges were filed with the local Police Department. Student test scores declined during her tenure.

- On November 10, 2014, Tina Johnson Forbus, a white female, exhibited behavior or conduct that required that she be removed mid-year from Callaway Middle. A position, Coordinator of Secondary Education Services, was then created at Central Office, which she held until she retired at the end of the year.

- On January 4, 2016, Penny Johnson, white female, was promoted to Director of Secondary Education, although during her tenure as principal at LaGrange High School, student test scores declined, teacher morale declined, and large number of teachers left the school at an alarming rate. For example, after the

3

2012-2013 school year, eleven teachers left LaGrange High compared to six and seven from the other two high schools. After the 2013-2014 school year, fourteen teachers left compared to five and eight from the other two high schools. After the 2014-2015 school year, twenty-four teachers left compared to fifteen and thirteen from the other two high schools. After January 2016, once the new principal, Mr. White, was hired for LaGrange High, only nine teachers left compared to nineteen and ten from the other two high schools.

- Carol Montgomery, a white female, allowed CRCT test scores to decline, poorly managed the student discipline Franklin Forest Elementary, and produced low teacher moral. However, she was transferred to Hillcrest Elementary on July 1, 2015.

- On November 14, 2002, Peggy Smith, white female, was charged with simple battery for slapping a five-year-old autistic child. She was never suspended from the Hogansville Elementary, and was moved to a position of Title I Specialist at Instructional Support Services.

**Ernest Ward, a black male principal, was treated differently and less favorable than white and female principals.**

- On November 8, 2013, Ernest Ward was placed on a required PDP due to the misinterpretation and misapplication of the Georgia Leadership Evaluation Instrument. It was the foundation for Ernest Ward's removal as an administrator. No white principal in the Troup County School District has been placed on a PDP when their evaluation from the year before was marked with all Satisfactories.

- Moreover, he was given additional work assignments by Dr. Pat Barton, Ernest Ward's direct supervisor, which created a hostile work environment for Ernest Ward. Those additional work assignments are follows:
  - Ernest Ward was the only principal required to receive students at 7:00 a.m. This created an issue with teachers who had to drop their children off at daycares that were not open before 7:00 a.m., which fostered a hostile environment between Ernest Ward and his staff.
  - Ernest Ward was required to feed all students breakfast, whether the student wanted it or not. Dr. Pat Barton said that if breakfast percentages dropped, Ernest Ward would be held accountable. The district was reimbursed for each student who ate breakfast, and the

money was needed to help balance the budget. This created an issue with parents who had already fed their child at home.

- o Ernest Ward had the only school in the district with busses that ran twice in the afternoon. Some students had to wait twenty to thirty minutes for the busses to drop other students off and return to school before those students could go home in the afternoon. This extended the school day for teachers who were already coming in earlier due to Dr. Barton requirement.

- o Low-income students were placed at Whitesville Road, when their school, Unity Elementary, closed down. Unity Elementary was a feeder school for the LaGrange Zone, yet they bussed these students to Whitesville Road, a feeder school for the Troup Zone. The school district had to bring in trailers because of the excessive number of students at Whitesville Road. The school district placed these trailers such that when it rained, staff and students had to walk through raw sewage to enter the building. Ernest Ward had to place pallets down so that they would not have to walk through the raw sewage.

- o Ernest Ward was the only principal in the school system that had to work the After School Enrichment Program (ASE), because the program did not generate enough money for a staff to be paid to work

6

it. All other elementary schools had an ASE director and teachers that were paid to work the program.

- For the 2012-2013 school year, Whitesville Road achieved an academic growth of 27.8%, the highest growth of any elementary school in the district and the highest growth in a single year of any school the Troup County School District. However, Ernest Ward, a black male, was placed on a Professional Development Plan and had to visit other schools to observe principals who had less growth in their student data than at Whitesville Road Elementary, where Ernest Ward was principal. No white principals ever had to visit their peers or have their peers evaluate them.

- To fulfill the Required Professional Development Plan, Ernest Ward had to visit four identified elementary schools and shadow the female principal for a day. Ernest Ward's peers had to evaluate him and give feedback on how he was doing during his visit with them. This was both humiliating and embarrassing to Ernest Ward, a black male principal.

- Ernest Ward was forced, by Dr. Pat Barton, to revise his School Improvement Plan for the 2013-2014 school year, even though his gains were the highest in the history of the school and the highest gains for the district for 2012-2013 school year. No other white principal, male or female,

that has made gains, has been asked to not use the plan that worked the year before and to create a new one for the upcoming school year.

- Ernest Ward asked for extra help with discipline in his building and was not given that support. However, the next year (2014-2015), when a female principal was appointed, an extra administrator was placed in the building.

- When Mrs. Brock, a black female, became principal for the 2014-2015 school year, 150 students were removed from Whitesville Road Elementary and placed at Berta Weathersby Elementary. When Ernest Ward asked for help when Whitesville Road Elementary was over-crowed, causing two bus routes and the placement of trailers in the back of the building, he was denied the support.

- Ernest Ward's teacher retention rate was above the county average both years that he was the principal at Whitesville Road Elementary. For 2012-2013 school year, he lost 3.5 teachers and the average was 3.59, and for 2013-2014 school year, he lost 3 teachers and the average was 3.82.

- In May of 2014, Dr. Cole Pugh, a white male superintendent, called Ernest Ward, a black male, into his office at Central Office and told him that he was being moved from his principal position to a teaching position. Ernest Ward was taken by surprise given the positive increase in student data that had

occurred under his leadership. Ernest Ward asked Dr. Cole Pugh why he waited until May to release him, because it has always been county practice to let teachers and administrators know of such changes in March before Spring Break, and Dr. Cole Pugh had no reply. Once again, this failure of adequate notice was a discrimination that has not happen to the white principals or male/female principals in Troup County.

- On April 14, 2014, Ernest Ward filed a grievance against Dr. Barton due to the misinterpretation and misapplication of the Georgia Leadership Evaluation Instrument. Ernest Ward's last evaluation was the basis for his removal as a principal. Ernest Ward was given his evaluation the day before spring break and required to file a grievance. As stated in the Georgia Leadership Evaluation Instrument manual, "any request for review shall be filed within ten *working* days..." which he did. He was denied this grievance because he did not file within ten *calendar* days, which was the Monday after Spring Break. Ernest Ward was retaliated against for filing a grievance against Dr. Pat Barton.

**Summary**

Ernest Ward was held to an arbitrary standard of expectation that was unreasonable and continuously subjected to complete numerous tasks that no female or white

9

principal in Troup County had been asked to do. No white principals have been treated or received the same directives given to Ernest Ward, a black male, within the Troup County School District.

When Ernest Ward was moved back to the classroom, his salary was reduced from administrative pay to teacher pay. Actions were taken that lessened Ernest Ward's responsibilities, salary, and prestige. The Troup County School District failed to treat Ernest Ward, a black male, in a similar manner to white and female principals.

**Jury Demand**

The Plaintiff request trial by jury.

This information has been prepared in double spaced and Times New Roman 14-point font.

_____
*[Signature: Ernest H. Ward, 6/28/2018]*
Ernest H. Ward

Pro-se Plaintiff