# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERNEST HAYWARD WARD,<br><br>     Plaintiff,<br><br>v.<br><br>TROUP COUNTY SCHOOL DISTRICT,<br><br>     Defendant. | CIVIL ACTION FILE<br>NO. 3:17-cv-00183-TCB-RGV |

## DEFENDANT TROUP COUNTY SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, **TROUP COUNTY SCHOOL DISTRICT** ("Defendant" or the "School District"), named as Defendant in the above-styled action, and pursuant to Fed. R. Civ. P. 56, submits this its Motion for Summary Judgment, in support of which it relies upon the accompanying Brief, Affidavits, and Exhibits. For the reasons stated more fully in the accompanying Brief, Defendant respectfully requests that this its Motion for Summary Judgment be GRANTED as to each and every one of Plaintiff's claims.

Respectfully submitted this 26th day of August, 2019.

**HALL BOOTH SMITH, P.C.**

*/s/ Jacob Stalvey O'Neal*
KENNETH D. JONES
Georgia Bar No. 402101
RUSSELL A. BRITT
Georgia Bar No. 473664
JACOB STALVEY O'NEAL
Georgia Bar No. 877316

*Counsel for Defendant*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA  30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  kjones@hallboothsmith.com
Email:  rbritt@hallboothsmith.com
Email:  joneal@hallboothsmith.com

## LOCAL RULE 7.1D CERTIFICATION

Pursuant to Local Rule 7.1D for the Northern District of Georgia, the undersigned counsel for Defendants certifies that the above and foregoing is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1B and C.

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERNEST HAYWARD WARD,<br><br>Plaintiff,<br><br>v.<br><br>TROUP COUNTY SCHOOL DISTRICT,<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 3:17-cv-00183-TCB-RGV |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Defendant Troup County School District's Motion for Summary Judgment** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

> Ernest Hayward Ward
> 222 Clearview Court
> LaGrange, GA  30241

Respectfully submitted this 26th day of August, 2019.

        **HALL BOOTH SMITH, P.C.**

        */s/ Jacob Stalvey O'Neal*
        KENNETH D. JONES
        Georgia Bar No. 402101
        RUSSELL A. BRITT
        Georgia Bar No. 473664
        JACOB STALVEY O'NEAL
        Georgia Bar No. 877316

        *Counsel for Defendant*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA  30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  kjones@hallboothsmith.com
Email:  rbritt@hallboothsmith.com
Email:  joneal@hallboothsmith.com