UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERNEST HAYWARD WARD,<br>　　　　Plaintiff,<br><br>vs.<br><br>DR COLE PUGH, TED ALFORD, SEQUITA FREEMAN, KAREN CAGLE, PAT BARTON, TROUP COUNTY BOARD OF EDUCATION, AND TROUP COUNTY SCHOOL DISTRICT,<br>　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO. 3:17-cv-0183-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of the Defendant's Motion for Summary Judgment, the court having Granted said motion, and having previously dismissed: Cole Pugh, Ted Alford, Sequita Freeman, Karen Cagle, Pat Barton, and the Troup County Board of Education, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 8th day of April, 2020.

　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By:　  s/ D. Barfield
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 8, 2020
James N. Hatten
Clerk of Court

By:　  s/ D. Barfield
　　　　Deputy Clerk