IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Newnan

MAY 04 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ERNEST HAYWARD WARD,

    Pro- Se Plaintiff,

v.                                                                             NO.3:17-CV-183-TCB-RGV

TROUP COUNTY SCHOOL DISTRICT,

    Defendant.

## PLAINTIFFS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Pro-Se Plaintiff hereby appeals to the United States Court of Appeals for the Eleventh Circuit from each and every part of the final judgement dismissing Plaintiffs' claims, entered by the District Court Clerk in the above-caption case on April 8, 2020 (Document No. 87, 88).

Dated:  May 4, 2020

Respectfully submitted,

_____   5/4/202_
Ernest H. Ward, Pro-Se Plaintiff
222 Clearview Court
LaGrange, GA 30240
706-302-0345

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

Ernest H. Ward

    Pro-se Plaintiff

vs.                  CIVIL ACTION NO.3:17-CV-183-TCB-RGV

Troup County School District

    Defendants

## CERTIFICATE OF SERVICE

On 5/4/2020, I sent a copy of the **Pro-SE Plaintiff's Notice of Appeal** through the United States Postal Services located in LaGrange, Georgia to Kenneth D. Jones attorney for defendants. The proper postage was paid and addressed to the following:

Jacob Stalvey O'neal

Kenneth D. Jones
191 Peachtree Street, N.E.,
Suite 2900,
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020

*Ernest H. Ward* (signature)
5/4/2020

                Ernest Hayward Ward
                222 Clearview Court
                LaGrange, Georgia 30241

```
Court Name: Northern District of Georgia
Division: 3
Receipt Number: GAN300002014
Cashier ID: dbarfiel
Transaction Date: 05/05/2020
Payer Name: ERNEST HAYWARD WARD
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ERNEST HAYWARD WARD
 Case/Party: D-GAN-3-17-CV-000183-001
 Amount:        $505.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 26516968121
 Amt Tendered: $505.00
----------------------------------------
Total Due:       $505.00
Total Tendered: $505.00
Change Amt:       $0.00

Notice of Appeal

3:17-cv-183-TCB-RGV


With a check payment you authorize
us either to use information from
your check to make a one-time
electronic fund transfer from your
account or to process the payment
as a check transaction.  For
inquiries or privacy
information, call 404-215-1625
```