# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 30, 2021

Clerk - Northern District of Georgia
U.S. District Court
18 GREENVILLE ST
NEWNAN, GA 30264

Appeal Number: 20-11697-GG
Case Style: Ernest Ward v. Troup County School District
District Court Docket No: 3:17-cv-00183-TCB

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

No. 20-11697

District Court Docket No.
3:17-cv-00183-TCB

ERNEST HAYWARD WARD,

                Plaintiff - Appellant,

versus

DR. COLE PUGH,
Superintendent, of Troup County BOE, et al.,

                Defendants,

TROUP COUNTY SCHOOL DISTRICT,

                Defendant - Appellee.

Appeal from the United States District Court for the
Northern District of Georgia

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 01, 2021
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna H. Clark